# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ACTIVE ORGANICS, INC.** | § | |
| | § | |
| **V.** | § | **NO. 2:05CV408-TJW** |
| | § | |
| **IMMANENCE DERMO-INNOVATION INC.** | § § § | |

## ORDER

Pursuant to the Order On Plaintiff's Notice of Dismissal With Prejudice entered February 15, 2006, all pending motions are hereby **DENIED AS MOOT**.

SIGNED this 27th day of February, 2006.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE